■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONZO FORNEY, Appellant. [757 NYS2d 455] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered May 22, 2001, convicting him of sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

Where a defendant is found competent to stand trial, he is necessarily competent to waive his right to counsel and proceed pro se (*see People v Ferguson,* 248 AD2d 725 [1998]; *see also People v Reason,* 37 NY2d 351 [1975]). The Supreme Court improperly denied the defendant's unequivocal and timely request to defend himself pro se, without conducting a proper inquiry (*see Faretta v California,* 422 US 806 [1975]; *People v Arroyo,* 98 NY2d 101 [2002]; *People v Slaughter,* 78 NY2d 485 [1991]; *People v Smith,* 68 NY2d 737 [1986], *cert denied* 479 US 953 [1986]; *People v McIntyre,* 36 NY2d 10, 15 [1974]; *People v Tejada,* 289 AD2d 516 [2001]; *cf. People v Venticinque,* 301 AD2d 619 [2003]; *People v Bell,* 234 AD2d 378 [1996]). As the People correctly concede, the Supreme Court thereby denied the defendant his constitutional right to present his own defense, and the judgment must be reversed and a new trial ordered.

At oral argument the attorney for the defendant, in effect, withdrew the defendant's claim that a new suppression hearing was warranted. Santucci, J.P., Krausman, Townes and Mastro, JJ., concur.